THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERTRUDE
CRANE, as Administratrix, etc., Respondent, *v.* LOUIS H.
HAHLO and Others, as and Constituting the Board of
Revision of Assessments of the City of New York, and
Others, Appellants.

First Department, December 26, 1919.

**Appeal — permission to appeal to Court of Appeals.**

An application for permission to appeal to the Court of Appeals may be
granted where it appears that like points of law are involved in numerous
other pending proceedings; that all of the parties join in requesting that
the court grant leave to appeal and certify questions to be reviewed, and
that much time and considerable expense will be avoided.

MOTION for reargument of application for leave to appeal to
the Court of Appeals from an order of this court affirming
an order of the Supreme Court which denied defendants'
motion to dismiss a writ of certiorari.

*Charles H. Nehrbas,* for the motion.

*Herbert H. Gibbs,* for the relator, joining therein.

PER CURIAM:

On the appeal from the order denying a motion to dismiss
the writ, the majority of the court were of opinion that the
relator's rights became vested before the amendment of section
944 of the Greater New York charter in 1918 (Laws of 1918,
chap. 619, amdg. Laws of 1901, chap. 466, § 944), on which the
defendants rely, was enacted, and that the section as so amended
does not expressly preclude a review on certiorari under sub-
division 2 of section 2120 of the Code of Civil Procedure, with
respect to whether under subdivision 3 of section 2140 of the
Code of Civil Procedure, any rule of law affecting the rights of
the relator has been violated by the assessors to her prejudice;
and, therefore, we, without opinion, affirmed the order. (189
App. Div. 900.) Subsequently the appellants moved for leave
to appeal from the order of affirmance to the Court of Appeals,
which was denied. (189 App. Div. 941.) But since it is

Second Department, January, 1920.        [Vol. 190.

now urged by the defendants that like points of law are involved in numerous other pending proceedings, and all parties join in requesting that we grant leave to appeal and certify questions to be reviewed, and urge that much time and considerable expense will be avoided by the course suggested, we have concluded to allow the appeal and certify the questions presented.

. The motion is, therefore, granted, and the questions requested by both parties will be certified for review.

Present — CLARKE, P. J., DOWLING, SMITH, PAGE and PHILBIN, JJ.

Motion granted; questions certified.